③

THB/KSC

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

FILED IN OPEN COURT
AUG 27 2025
CHRISTOPHER L. EKMAN, CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIM NO. 25-162-TFM |
| | * | USAO NO. 25R00283 |
| v. | * | |
| | * | VIOLATION: 18 U.S.C. § 2252A(a)(2) and (b) |
| **DYLAN LOVVORN** | * | |
| | * | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**Count One
Distributing Material Involving Child Pornography
Title 18, United States Code, Section 2252A(a)(2)**

On or about June 5, 2024, in the Southern District of Alabama, and elsewhere, the defendant

**DYLAN LOVVORN**

knowingly distributed child pornography or material that contained child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and has been mailed, and shipped and transported in and affecting interstate and foreign commerce, by any means, including a computer.

In violation of 18 U.S.C. Section 2252A(a)(2) and (b).

**Count Two
Distributing Material Involving Child Pornography
Title 18, United States Code, Section 2252A(a)(2)**

On or about August 7, 2024, in the Southern District of Alabama, and elsewhere, the defendant

**DYLAN LOVVORN**

knowingly distributed child pornography or material that contained child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and has been mailed, and shipped and transported in and affecting interstate and foreign commerce, by any means, including a computer.

In violation of 18 U.S.C. Section 2252A(a)(2) and (b).

### Count Three
### Distributing Material Involving Child Pornography
### Title 18, United States Code, Section 2252A(a)(2)

On or about August 9, 2024, in the Southern District of Alabama, and elsewhere, the defendant

**DYLAN LOVVORN**

knowingly distributed child pornography or material that contained child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and has been mailed, and shipped and transported in and affecting interstate and foreign commerce, by any means, including a computer.

In violation of 18 U.S.C. Section 2252A(a)(2) and 2252A(b)(1).

### Count Four
### Distributing Material Involving Child Pornography
### Title 18, United States Code, Section 2252A(a)(2)

On or about August 20, 2024, in the Southern District of Alabama, and elsewhere, the defendant

**DYLAN LOVVORN**

knowingly distributed child pornography or material that contained child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), using any means and facility of

interstate and foreign commerce and has been mailed, and shipped and transported in and affecting interstate and foreign commerce, by any means, including a computer.

In violation of 18 U.S.C. Section 2252A(a)(2) and (b).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

*/s/ Tandice H. Blackwood*
TANDICE H. BLACKWOOD
Assistant United States Attorney

*/s/ Orell for*
KASEE S. HEISTERHAGEN
Chief, Criminal Division

AUGUST 2025